No. 02–9869 (02A834). BRAMBLETT *v.* TRUE, WARDEN. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS, JUSTICE

SOUTER, and JUSTICE GINSBURG would grant the application for stay of execution. 